UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No. 3:26-cr-5-KKC-MAS-1 At Lexington Date September 14, 2026

USA vs Scott Coomes X present X custody ____ bond ____ OR Age 32

DOCKET ENTRY: Defendant appeared with counsel for rearraignment in this matter, proceedings were held as noted. The Court finds the defendant to be fully competent and capable of entering an informed plea and that he enters the plea knowingly and voluntarily. The plea of guilty as to Counts 1, 2 and 3 of the Indictment is accepted and the defendant was adjudged guilty of the offenses set forth in Counts 1, 2, and 3.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Elaine Haberer | Erin Roth |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft Sean Thomas Pharr X present X retained ____ appointed

PROCEEDINGS: **REARRAIGNMENT**

| | |
|---|---|
| X | Copy Indictment previously given to the defendant. |
| X | Defendant states true name is Scott Jonathan Coomes. |
| ____ | Defendant waives formal arraignment. |
| X | Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. |
| X | Defendant moves to CHANGE PLEA as to Counts 1, 2, and 3 x Court grants motion. |
| ____ | Defendant waives reading of Indictment-Information x Indictment – Counts 1, 2, and 3 read. |
| X | Defendant pleads x Guilty to Counts 1, 2, and 3 __Not guilty to counts |
| X | Defendant agrees with facts contained in forfeiture allegation. |
| X | PLEA AGREEMENT filed in the record. |
| X | Jury trial previously SET ASIDE & CANCELED as to this defendant. |
| ____ | Copy of presentence report not requested. __Court received Presentence Report. |
| X | Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P. |
| ____ | Defendant to remain on bond, and on conditions of release. |
| X | Defendant remanded to custody. |

Case continued until **January 7, 2027 at 10:00 a.m.** at Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

Copies: COR, USP, USM, D, JC

Initials of Deputy Clerk km
TIC: /24